ROBERT H. NUNNALLY, JR. SBN 134151
robert@wnglaw.com
WISENER NUNNALLY GOLD, LLP
245 Cedar Sage, Suite 240
Garland, Texas 75040
Telephone: (972) 530 2200
Facsimile:  (972) 530 7200

Attorneys for Plaintiffs ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., and IP Networked Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC,: a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation, and IP NETWORKED SERVICES, INC., A Delaware corporation,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center , West Side Sales Co.,Inc. which does business as Westside Ford, and BONESSA ENTERPRISES, INC., which does business as Toscano RV Outlet<br><br><br>　　　　Defendants.<br>AND RELATED CROSS ACTIONS_____ | Case No.: 1:13-CV-00587-LJO-SKO<br><br>**AMENDED STIPULATION AND AGREED ORDER RE-SETTING SCHEDULING CONFERENCE**<br><br>**CURRENT DATE: SEPTEMBER 27, 2013**<br>**TIME: 9:45  am**<br><br>**NEW DATE:**<br>**NOVEMBER 5, 2013**<br>**NEW TIME: 10:15 a.m.**<br>**COURTROOM: Seven** |

1
Amended Stipulation and [Proposed] order granting Joint Request to Continue Scheduling Conference

All parties to this suit, ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., IP Networked Services, Inc., the Plaintiffs, M.G. Santos, Inc., West Side Sales Co., Inc. and Bonessa Enterprises, Inc., the Defendants, who have also filed Counter-claims or Cross-Claims, and Michael Santos, Marion Santos and Henry J. Flores, Cross-Defendants, hereby stipulate that:

1. This stipulation is filed because good cause exists to re-set the Scheduling Conference in light of the pendency before the Court of the Motion to Dismiss the First Amended Counterclaim and the Motion to Strike the Fifth Affirmative Defense. These motions are set for hearing on October 3, 2013. The re-setting will permit the parties to assess the effect, if any, of the ruling on the case.

2. The parties request that the Scheduling Conference currently set for September 27, 2013 should be re-set to November 5, 2013 at 10: 15 a.m. in Courtroom Seven.

3. The parties filed their joint scheduling report on September 19. They request that the deadline for filing an updated joint scheduling conference report be set to October 28, 2013.

4. The parties stipulate to entry of an order re-setting the dates as set forth in paragraphs 2 and 3.

So stipulated:

WISENER NUNNALLY GOLD, LLP
*/s/ Robert H. Nunnally, Jr.*
Robert H. Nunnally, Jr.
California SBN 134151
245 Cedar Sage, Suite 240
Garland, Texas 75040
(972) 530-2200
Fax: (972) 530-7200
E-mail: robert@wnglaw.com    Attorneys for Plaintiffs

*/s/ Charles L. Belkin (signed with permission granted on September 20, 2013)*
Charles L. Belkin SBN 104215
cbelkin@gmail.com
Attorney & Counselor at Law
P.O. Box 242
Patterson, CA 95363
Telephone: (209) 495 4263
Facsimile: (209)_ 826 7963
Attorney for Defendants M.G. Santos, Inc. DBA
Toscano RV Center, and West Side Sales Co., Inc.
DBA Westside Ford and Cross-Defendants
Marion Santos. Michael Santos and Henry J. Flores


SILICON  VALLEY LAW GROUP

*/s/Michael W. Stebbins (signed by permission granted on September 20, 2013)*
Michael W. Stebbins SBN 138326
mws@svlg.com
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408)573-5701
Attorneys for Defendant/Cross-Complainant
BONESSA ENTERPRISES, INC

ORDER ON STIPULATION

Pursuant to the parties' Stipulation, the Scheduling Conference presently set for September 27, 2013, shall be continued to November 5, 2013, at 10:15 a.m. in Courtroom 7. The deadline for filing an updated Joint Scheduling Conference Report shall be October 28, 2013.

IT IS SO ORDERED.

Dated:   **September 23, 2013**            **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE