ROBERT H. NUNNALLY, JR. SBN 134151
robert@wnglaw.com
WISENER NUNNALLY GOLD, LLP
245 Cedar Sage, Suite 240
Garland, Texas 75040
Telephone: (972) 530 2200
Facsimile:  (972) 530 7200

Attorneys for Plaintiffs ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., and IP Networked Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation, and IP NETWORKED SERVICES, INC., A Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center , West Side Sales Co.,Inc. which does business as Westside Ford, and BONESSA ENTERPRISES, INC., which does business as Toscano RV Outlet<br><br>　　　　　Defendants.<br>AND RELATED CROSS ACTIONS_____ | Case No.: 1:13-CV-00587-LJO-SKO<br><br>**THE PARTIES' STIPULATION AS TO PROPOSED NEW DATES; ORDER THEREON** |

All parties to this suit, ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., IP Networked Services, Inc., the Plaintiffs, and M.G. Santos, Inc., West Side Sales Co., Inc. and Bonessa Enterprises, Inc., the Defendants, who have also filed Counter-claims or Cross-Claims, and Michael Santos, Marion Santos and Henry J. Flores, Cross-Defendants, hereby stipulate that:

1. This stipulation is filed because good cause exists to amend the Scheduling Order previously entered by the Court on November 6, 2013 (the "Scheduling Order"), in light of the Minute Order signed by Magistrate Sheila K. Oberto on January 28, 2014. The mediation held on February 3, 2014 did not resolve the case, though the issues on the cross-claim by Bonessa Enterprises, Inc. against the Cross-claim Defendants did resolve at mediation, subject to documentation and performance of the obligations of an agreement at mediation.

2. The parties request that deadlines and settings listed below on the Scheduling Order, be reset as set forth below.

3. The parties respectfully request that the Court enter an amended Scheduling Order, moving the listed deadlines and settings:

**Discovery Deadlines:**
    **Non Expert Discovery:  May 23, 2014**
    **Expert Disclosures:   May 30, 2014**
    **Supplemental Expert Disclosures:  June 13, 2014**
    **Expert Discovery:  July 25, 2014**

**Non-Dispositive Motions Deadlines:**
    **Filing:  July 31, 2014**
    **Hearing: September 4, 2014**

**Dispositive Motions Deadlines:**
    **Filing:  July 31, 2014**

**Hearing: September 12, 2014**

**Settlement Conference before Judge Boon:**

**Available date near April 24, 2014, at 10:00 a.m.**

**Courtroom 9**

**Pre-Trial Conference:**

**October 17, 2014, at 8:30 a.m.**

**Courtroom 4**

**Trial:**

**December 9, 2014, at 8:30 a.m.**

**Courtroom 4**

**7-10 Trial Days**

4. The parties stipulate to entry of an amended Scheduling Order re-setting the dates as set forth in paragraphs 2 and 3.

So stipulated:

WISENER NUNNALLY GOLD, LLP
*/s/ Robert H. Nunnally, Jr.*
Robert H. Nunnally, Jr.
California SBN 134151
245 Cedar Sage, Suite 240
Garland, Texas 75040
(972) 530-2200
Fax: (972) 530-7200
E-mail: robert@wnglaw.com   Attorneys for Plaintiffs

The Parties' Stipulation as to Proposed New Dates; ORDER THEREON

1

2  */s/ Charles L. Belkin (signed with permission granted on February 5, 2014)*
3  Charles L. Belkin SBN 104215
   cbelkin@gmail.com
4  Attorney & Counselor at Law
5  P.O. Box 242
   Patterson, CA 95363
6  Telephone: (209) 495 4263
7  Facsimile: (209)_ 826 7963
8  Attorney for Defendants M.G. Santos, Inc. DBA
   Toscano RV Center, and West Side Sales Co., Inc.
9  DBA Westside Ford and Cross-Defendants
10 Marion Santos. Michael Santos and Henry J. Flores

11

12 SILICON VALLEY LAW GROUP

13
   */s/Michael W. Stebbins (signed by permission granted on February 5, 2014)*
14 Michael W. Stebbins SBN 138326
15 mws@svlg.com
   25 Metro Drive, Suite 600
16 San Jose, CA 95110
17 Telephone: (408) 573-5700
   Facsimile: (408)573-5701
18 Attorneys for Defendant/Cross-Complainant
19 BONESSA ENTERPRISES, INC

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

# ORDER

The parties' proposed schedule modification is GRANTED as set forth below:

| | | |
|---|---|---|
| 1. | Settlement Conference | April 21, 2014[1] |
| | | Courtroom 9 at 10:30 a.m. |
| | | U.S. Magistrate Judge Boone |
| 2. | Non-Expert Discovery Cutoff: | May 23, 2014 |
| 3. | Expert Disclosure | May 30, 2014 |
| 4. | Rebuttal Expert Disclosure | June 13, 2014 |
| 5. | Expert Discovery Cutoff | July 25, 2014 |
| 6. | Non-Disp. Motion filing deadline | July 31, 2014 |
| 7. | Non-Disp. Motion hearing deadline | September 3, 2014[2] |
| 7. | Dispositive Motion filing deadline | July 31, 2014 |
| 8. | Dispositive Motion hearing deadline | September 18, 2014[3] |
| 9. | Pretrial Conference | November 13, 2014[4] |
| 10. | Trial | January 13, 2015 |

IT IS SO ORDERED.

Dated:   **February 5, 2014**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested an April 24, 2014, date for a settlement conference; this date has been adjusted to accommodate Judge Boone's calendar.

[2] The parties requested a non-dispositive hearing deadline of September 4, 2013; this date has been changed to September 3, 2014, which is the day Judge Oberto hears civil law and motion.

[3] The parties requested a September 12, 2014, dispositive hearing deadline; this deadline has been adjusted to September 18, 2014, to comport with Judge O'Neill's calendar.

[4] The parties requested October 17, 2014 for the pretrial conference and December 9, 2014, for the trial; however, these deadlines have been adjusted to November 13, 2014, for the pretrial conference and January 13, 2015, for the trial to comport to Judge O'Neill's calendar. Should the parties' wish to consent to the jurisdiction of the Magistrate Judge, an earlier trial date could be accommodated.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28