ROBERT H. NUNNALLY, JR. SBN 134151
robert@wnglaw.com
WISENER NUNNALLY GOLD, LLP
245 Cedar Sage, Suite 240
Garland, Texas 75040
Telephone: (972) 530 2200
Facsimile:  (972) 530 7200

Attorneys for Plaintiffs ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., and IP Networked Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation, and IP NETWORKED SERVICES, INC., A Delaware corporation,<br>         Plaintiffs,<br><br>     vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center , West Side Sales Co.,Inc. which does business as Westside Ford, and BONESSA ENTERPRISES, INC., which does business as Toscano RV Outlet<br><br>         Defendants.<br>AND RELATED CROSS ACTIONS_____ | Case No.: 1:13-CV-00587-LJO-SKO<br><br>**STIPULATION BETWEEN ADP COMMERCIAL LEASING, LLC AND BONESSA ENTERPRISES, INC.  DISMISSING ONLY BONESSA ENTERPRISES, INC. WITH PREJUDICE** |

ADP Commercial Leasing, LLC, a Plaintiff, and Bonessa Enterprises, Inc., one of the Defendants, hereby stipulate that:

1. Plaintiffs filed a Complaint in this action on April 22, 2013.  In the Complaint, ADP Commercial Leasing, LLC seeks damages from M.G. Santos, Inc., West Side Sales Co., Inc. and Bonessa Enterprises, Inc.  ADP Commercial Leasing, LLC asserts that each Defendant breached, among other things, a separate finance lease for computer equipment.
2. With leave of Court, Plaintiffs amended their complaint through a First Amended Complaint which no longer seeks relief on an equipment lease from Bonessa Enterprises, Inc., and now seeks relief instead relating to the same lease from Michael Santos, or in the alternative, from M.G. Santos, Inc.
3. The parties to this Stipulation hereby agree that this amendment will result in the dismissal with prejudice only of Defendant Bonessa Enterprises, Inc.
4. Bonessa Enterprises, Inc. also hereby stipulates that it shall not seek court costs and attorneys' fees against ADP Commercial Leasing, LLC.
5. By executing this Stipulation, each party preserves all of its rights against all other parties to this litigation. In particular, the parties to this Stipulation do not waive or release any rights and expressly preserve all rights against M.G. Santos, Inc., West Side Sales Co., Inc., Michael Santos, Marion Santos, Henry J. Flores. and against any other party  including, without limitation, any and all rights under the lease among the parties which recites that the lessee is Bonessa Enterprises, Inc.

So stipulated:

WISENER NUNNALLY GOLD, LLP
*/s/ Robert H. Nunnally, Jr.*
Robert H. Nunnally, Jr.
California SBN 134151
245 Cedar Sage, Suite 240
Garland, Texas 75040
(972) 530-2200
Fax: (972) 530-7200
E-mail: robert@wnglaw.com   Attorneys for Plaintiffs


SILICON  VALLEY LAW GROUP

*/s/Michael W. Stebbins (signed by permission granted on February 14, 2014)*
Michael W. Stebbins SBN 138326
mws@svlg.com
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408)573-5701
Attorneys for Defendant/Cross-Complainant
BONESSA ENTERPRISES, INC

ORDER ON STIPULATION

The Court accepts this Stipulation and Orders that this dismissal by Plaintiff ADP Commercial Leasing, LLC's of Bonessa Enterprises, Inc. ONLY shall be WITH PREJUDICE, and that ADP Commercial Leasing, LLC shall not owe any costs or attorneys' fees to Bonessa Enterprises, Inc. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated: **February 18, 2014**          **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE