| | |
|---|---|
| 1 | MICHAEL W. STEBBINS, SBN 138326 |
| 2 | Email: mws@svlg.com<br>SILICON VALLEY LAW GROUP |
| 3 | 25 Metro Drive, Suite 600<br>San Jose, CA 95110 |
| 4 | Telephone: (408) 573-5700<br>Facsimile: (408) 573-5701 |
| 5 | Attorneys for Defendant/Cross-Complainant |
| 6 | BONESSA ENTERPRISES, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation, and IP NETWORKED SERVICES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center, WEST SIDE SALES CO., INC., which does business as Westside Ford, and BONESSA ENTERPRISES, INC., which does business as Toscano RV Outlet,<br><br>        Defendants.<br>_____<br>AND RELATED CROSS-ACTION | Case No.: 1:13-CV-00587-LJO-SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CROSS-COMPLAINT**<br><br>[Fed. R. Civ. P. 41(a)(2), (c)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), (c), Defendant/Cross-Complainant Bonessa Enterprises, Inc. ("Cross-Complainant") and Defendants/Cross-Defendants M.G. Santos, Inc., West Side Sales Co., Inc., and Cross-Defendants Michael Santos, Marion Santos and Henry J. Flores (collectively, "Cross-Defendants"), acting through their undersigned counsel, hereby stipulate and agree as follows:

1.     The Cross-Complaint was filed on July 7, 2013 alleging, *inter alia*, that Cross-Defendants should indemnify Cross-Complainant for certain damages.

2.     On February 18, 2014, the Court entered a Stipulation and Order Dismissing Cross-Complainant Bonessa Enterprises, Inc. from this action with prejudice; however, the Cross-Complaint remained intact. (Document No. 68.)

3.     On February 18, 2014, Cross-Complainant and Cross-Defendants also entered into a Settlement Agreement and General Release ("Settlement Agreement") resolving fully all matters set forth in the Cross-Complaint.

4.     Therefore, pursuant to that Settlement Agreement, Cross-Complainant and Cross-Defendants now stipulate to dismissal of the Cross-Complaint with prejudice, and hereby jointly request that the Court enter an Order on this stipulation.

IT IS SO STIPULATED.

Dated:  February 26, 2014     LAW OFFICES OF CHARLES BELKIN

By:  /s/ Charles Belkin (as authorized on 2/26/14)
Charles Belkin
Attorneys for Defendants/Cross-Defendants
M.G. SANTOS, INC., WEST SIDE SALES CO., INC.,
and Cross-Defendants MICHAEL SANTOS,
MARION SANTOS and HENRY J. FLORES

Dated:  February 26, 2014     SILICON VALLEY LAW GROUP

By:  /s/ Michael W. Stebbins
Michael W. Stebbins
Attorneys for Defendant/Cross-Complainant
BONESSA ENTERPRISES, INC.

**ORDER**

In consideration of the foregoing Stipulation and good cause appearing therefor, the Cross-Complaint (doc. 20) is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **February 28, 2014**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28