**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation, and IP NETWORKED SERVICES, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center and West Side Sales Co.,Inc. which does business as Westside Ford, and Michael Santos<br>　　　　　　　Defendants. | Case No.: 1:13-CV-00587-LJO-SKO<br><br>**Notice of Settlement and Stipulated Joint Motion to Stay all Deadlines pending Consummation of Settlement;  Order Thereon** |

Plaintiffs ADP Commercial Leasing, LLC, ADP Dealer Services, Inc., and IP Networked Services, Inc. (collectively the "Plaintiffs"), and defendants M.G. Santos, Inc. DBA Toscano RV Center, and West Side Sales Co., Inc. DBA

Westside Ford, and Michael Santos (collectively, the "Defendants"), hereby respectfully submit this Notice of Settlement and Joint Motion to Stay all Deadlines pending consummation of the terms, and show:

1. The remaining parties to this case reached a settlement and executed a Joint Release and Settlement Agreement. The settlement calls for performance to take place over the next 120 days.

2. The settlement will dispose of all parties and all issues. Claims by and against Defendant Bonessa Enterprises, Inc. were previously dismissed with prejudice in prior orders of this Court.

3. The parties contemplate that all performance of the terms required to satisfy the agreement and to file dismissals of this case will occur within 120 days. The parties request that the Court stay all deadlines in this case, so that these last performance items may resolve themselves. Then the parties will file a joint dismissal with prejudice of this matter. In the unlikely event that performance is not completed in accordance with the settlement, the parties will promptly notify the Court and request a telephonic status hearing before the United States Magistrate Judge.

Wherefore, premises considered, Plaintiffs and Defendants respectfully request that the Court stay all deadlines in this case, and all other just and equitable relief.

Respectfully Submitted,

ROBERT H. NUNNALLY, JR. SBN 134151
3obert@wnglaw.com
WISENER NUNNALLY GOLD, LLP
245 Cedar Sage, Suite 240
Garland, Texas 75040
Telephone: (972) 530 2200
Facsimile:  (972) 530 7200

Agreed:

Charles L. Belkin SBN 104215
cbelkin@gmail.com
Attorney & Counselor at Law
P.O. Box 242
Patterson, CA 95363
Telephone: (209) 495 4263
Facsimile: (209) 826 796

## **ORDER**

Pursuant to the parties' joint stipulation, the Court hereby orders the following:

1. All pending deadlines in this case are VACATED;[1] and

2. On or before October 8, 2014, the parties shall **either**:

---

[1] The parties requested that all remaining case deadlines be stayed; however, du e to the length of the time the parties have requested to finalize the settlement, it is more efficient to vacate the deadlines and reset as necessary.

(a) File a stipulated dismissal of this lawsuit; **or**

(b) If the pending settlement is not consummated, the parties shall request a telephonic hearing to re-set the remaining deadlines and hearing dates for this matter.

IT IS SO ORDERED.

Dated:   **June 12, 2014**                             **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE