UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ADP COMMERCIAL LEASING, LLC, a Delaware limited liability company, ADP DEALER SERVICES, INC., a Delaware corporation (now known as CDK GLOBAL, LLC, and IP NETWORKED SERVICES, INC., A Delaware corporation,<br>       Plaintiffs,<br><br>vs.<br><br>M.G. SANTOS, INC., a California corporation, which does business as Toscano RV Center, West Side Sales Co.,Inc. which does business as Westside Ford, and BONESSA ENTERPRISES, INC., which does business as Toscano RV Outlet<br><br>       Defendants. | Case No.: 1:13-CV-00587-LJO-SKO<br><br>ORDER OF DISMISSAL WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), Doc. 84, this Court:

    1.    DISMISSES with prejudice all remaining claims, each party to bear its own costs;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: September 18, 2014**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**